**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Trevor LITTLE, a/k/a Tragedy, a/k/a Trag, Defendant–Appellant.**

No. 03–6747.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 17, 2003.

Trevor Little, Appellant Pro Se. Kasey Warner, United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Trevor Little appeals the district court's order accepting the recommendation of the magistrate judge and denying his motions for correction or reduction of sentence pursuant to Fed.R.Crim.P. 35. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Little,* No. CR–95–198 (S.D.W.Va. Apr. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*